# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 10, 2010

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway
Alton Thomas Davis,
Justices

139561

JAMES YKIMOFF,
        Plaintiff-Appellee,

v

W.A. FOOTE MEMORIAL HOSPITAL,
        Defendant-Appellant,

and

DAVID EGGERT, M.D., and DAVID
PROUGH, M.D.,
        Defendants.
_____/

SC: 139561
COA: 279472
Jackson CC: 04-002811-NH

On October 6, 2010, the Court heard oral argument on the application for leave to appeal the July 16, 2009 judgment of the Court of Appeals. On order of the Court, the application is again considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court. See *Martin v Ledingham,* __ Mich __ (Docket No. 138636, decided December 10, 2010).

I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 10, 2010

_____
Clerk

1209